**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1396**

_____


BHAGAVAN ANTLE, d/b/a The Institute for
Greatly Endangered and Rare Species
(T.I.G.E.R.S.),

                                    Plaintiff - Appellant,

          versus


MIKE JOHANNS, Secretary of Agriculture of the
United States of America,

                                    Defendant - Appellee.

_____

**No. 07-1557**

_____


BHAGAVAN ANTLE, d/b/a The Institute for
Greatly Endangered and Rare Species
(T.I.G.E.R.S.),

                                    Plaintiff - Appellant,

          versus


MIKE JOHANNS, Secretary of Agriculture of the
United States of America,

                                    Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:06-cv-01008-TLW)

_____

Submitted:  January 30, 2008          Decided:  February 12, 2008

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond C. Fischer, William S. Duncan, DUNCAN, CROSBY & MARING, LLC, Georgetown, South Carolina, for Appellant. Reginald I. Lloyd, United States Attorney, Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bhagavan Antle appeals the district court's orders denying his motions for preliminary injunction and summary judgment and granting Appellee's motion for summary judgment in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Antle v. Johanns, No. 4:06-cv-01008-TLW (D.S.C. Mar. 1 & June 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED